Eastern District of Kentucky
**F I L E D**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

OCT 10 2019

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.                                    INDICTMENT NO. 19-68-DLB-CJS

**SHANNON PEMBERTON**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 29 U.S.C. § 501(c)

On or about August 24, 2016, and continuing through January 23, 2018, in Boone County, in the Eastern District of Kentucky, and elsewhere,

**SHANNON PEMBERTON,**

while an officer, that is, Treasurer, of Painters Local 238, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the funds of said labor organization in the approximate amount of $6,403.00, all in violation of 29 U.S.C. § 501(c).

### COUNT 2
### 29 U.S.C. § 439(b)

At all times material to this Indictment, Painters Local 238 was a labor organization engaged in an industry affecting commerce and subject to the Labor Management Reporting and Disclosure Act, 29 U.S.C. § 401, et seq.

On or about March 30, 2017, in Boone County, in the Eastern District of Kentucky,

### SHANNON PEMBERTON

did make and cause to be made a false statement and representation of material fact knowing it to be false in a report and document required to be filed by Painters Local 238 with the Secretary of Labor pursuant to 29 U.S.C. § 431, that is, the annual financial report form LM-3 for the union's fiscal year ending in 2016, all in violation of 29 U.S.C. § 439(b).

**A TRUE BILL**

**ROBERT M. DUNCAN, JR.**
**UNITED STATES ATTORNEY**

## **PENALTIES**

**COUNT 1:**   Not more than 5 years of imprisonment, a $250,000 fine, and 3 years of supervised release.

**COUNT 2:**   Not more than 1 year of imprisonment, a $100,000 fine, and 1 year of supervised release.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.